-1-

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Revolutions Medical Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Medical Investment Group, Inc. and Richard Theriault<br>　　　　　　Defendants. | Civil Action No. 2:13-cv-00116-DCN |
| **PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** | |

　　　　Plaintiff by and through its undersigned counsel, answering Local Rule 26.01, states as follows:

　　　　(A)　　State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

　　　　ANSWER:　　None.

　　　　(B)　　As to each claim, state whether it should be tried jury or nonjury and why.

　　　　ANSWER:　　Plaintiff has not demanded a jury trial its Complaint as it is content to have the matter dealt with by a bench trial. Inasmuch at this involves a demand for confirmation of an arbitration award, it is to be heard in the manner provided by law for the making and hearing of motions pursuant to 9 U.S.C. § 6.

-2-

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company which the party owns ten percent or more of the outstanding shares.

ANSWER:   Plaintiff is a publicly owned company. (1) None. (2) None. (3) None.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

ANSWER:   This matter was filed in the Charleston Division of the United States District Court because the defendants' alleged actions that form the basis for the causes of action took place, in whole or in part, in Berkeley County, South Carolina and the arbitration proceeding was conducted in Charleston County, South Carolina.

(E) Is this action related to any other matter (civil or criminal) filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Cases are related if they (1) arise from the same or identical transactions, happenings or events; (2) involve the identical parties or property; or (3) for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER: No.

(F) [Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

ANSWER: Not applicable to Plaintiff.

(G) [Defendants only] If you contend that some other person or legal entity is, in   whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

ANSWER: Not applicable to Plaintiff.

Dated: January 10, 2013

/s/ Stephen Bucher
Stephen Bucher, USDC SC Bar # 1558
Bucher Legal, LLC
Attorney for Plaintiff Revolutions Medical Corporation
410 Mill St., Ste 301-A
Mt. Pleasant, SC  29464
843-852-5200 (v)
843-216-7319 (f)
843-696-4554 (m)
stephen@bucherlegal.com
Bucher File No. 1010013